In the Matter of XENIA B. KERNAN, Respondent; WILLIAM F. KERNAN, Appellant.

(Submitted October 2, 1936; decided October 20, 1936.)

*A. Raymond Cornwall* for appellant.

*Charles A. Phelps* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J. LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH. JJ.